## White's Estate

14

16

*Bertram Bennett,* of *Jenkins & Bennett,* for exceptants.
*Thomas S. Howland* and *James R. Wilson,* contra.

SINKLER, J., December 24, 1937.—The arguments presented in behalf of the exceptants fail to convince us that the auditing judge erred.

The exceptions are dismissed and the adjudication is confirmed absolutely.